

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clara Ann Kelley | Civil Action No.  19-cv-01099-BEN-NLS |
| **Plaintiff,** | |
| V. | |
| Andrew Saul,  Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that the ALJ's decision to deny Plaintiffs benefits as supported by substantial evidence. Accordingly, the Court DENIES Plaintiffs motion for summary judgment and GRANTS Defendant's motion for summary judgment. The administrative law judge's decision is AFFIRMED. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the docket pursuant to 28 U.S.C. § 636(b) (b )( 4)( c )(1 ).

**Date:**       9/23/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy